UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LORI HAYDEN, on behalf of herself and )
all others similarly situated )
)
          Plaintiffs )
v. ) Civil Action No. 3:12-cv-824-JGH
)
) *Electronically Filed*
FIFTH THIRD BANK, INC. )
)
          Defendant. )

## PLAINTIFFS' PRELIMINARY MOTION FOR CLASS CERTIFICATION

Comes Plaintiff, Lori Hayden, ("Hayden"), on behalf of herself and all others similarly situated, by counsel, hereby move the Court for entry of the attached Order Under Fed. Rule Civ. P. 23, Certifying a Class, Naming Class Counsel, and Directing Issuance of Class Notice.

Plaintiffs seek to certify a class defined as all individuals who: (1) are persons currently or previously employed by Fifth Third Bank, Inc. ("Fifth Third") as Mortgage Loan Originators at any time beginning December 10, 1996 to the present and (2) had their commissions reduced by Fifth Third's charge back policy and/or (3) had unpaid commissions at the time of termination of employment . In support of this motion, Plaintiffs have contemporaneously filed a Memorandum of Law In Support of Plaintiffs' Motion for Class Certification.

Respectfully submitted,

/s/ Laurence J. Zielke
ZIELKE LAW FIRM, PLLC
Laurence J. Zielke
Nancy J. Schook
462 South Fourth St. – Suite 1250
Louisville, Kentucky 40202
(502) 589-4600
(502) 584-0422 (fax)
Lzielke@zielkefirm.com
Nschook@zielkefirm.com

James M. Bolus, Jr.
BOLUS LAW OFFICES
600 West Main Street – Suite 500
Louisville, Kentucky 40202
502-584-1210
Bo@boluslaw.com

*Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served through the ECF filing system on this the 1st day of July, 2013 to all counsel of record.

/s/ Laurence J. Zielke